

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00372-CV

**EAGLE ROCK TIMBER, INC.**,
Appellant

v.

**ROCK HARD RENTAL, LLC** and Solid Rock Crushing, LLC,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 18992B
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are assessed against appellant.

SIGNED March 15, 2023.

_____
Lori I. Valenzuela, Justice